822

No. 138.   SACKETT v. LOUISIANA STATE BAR ASSOCIATION.   Supreme Court of Louisiana.   Certiorari denied. *Maurice R. Woulfe* and *Richard A. Dowling* for petitioner.

No. 139.   NATIONAL PLATE & WINDOW GLASS CO., INC., v. UNITED STATES.   C. A. 2d Cir..   Certiorari denied. *Louis Bender* and *Bernard Weiss* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Meyer Rothwacks* for the United States.

No. 140.   EARLE v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Elmer Fried* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 143.   SPECTOR v. PETE ET AL.   District Court of Appeal of California, Fourth Appellate District, and Supreme Court of California.   Certiorari denied. *Irl David Brett* for petitioner.

No. 145.   COMPTROLLER OF THE TREASURY OF MARYLAND v. RHEEM MANUFACTURING CO.   Court of Appeals of Maryland.   Certiorari denied.   *C. Ferdinand Sybert*, Attorney General of Maryland, and *Charles B. Reeves, Jr.*, Assistant Attorney General, for petitioner. *William L. Marbury* for respondent.

No. 148.   FLORIDA EX REL. THOMAS v. CULVER, DIRECTOR, DIVISION OF CORRECTIONS OF FLORIDA, ET AL.   C. A. 5th Cir.   Certiorari denied.   *Releford McGriff* for petitioner.